Jason M. Silver #192,635
SILVER LOCKWOOD PLC
4800 North Scottsdale Road
Sixth Floor
Scottsdale, Arizona 85251
Attorneys for Akrum Alrahib

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | No. 06-CV-02299 FCD KJM |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR WITHDRAWAL OF COUNSEL; ORDER |
| REAL PROPERTY LOCATED AT 7600 N. 71ST AVE., GLENDALE, MARICOPA COUNTY, ARIZONA, APN: 143-25-044, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO | (No Hearing Requested) |
| Defendants. | |

COMES NOW, counsel for Defendant Akrum Alrahib, and requests this Court grant its request to withdraw as co-counsel of record, based on the following facts:

1. Defendant has voluntarily requested the termination of services (see attached Exhibit "A").

2. Quin Anthony Denvir (Rothschild, Wishek and Sands) is the lead attorney and continues to represent Defendant.

3. Defendant will not be prejudiced or harmed by counsel's withdrawal.

Respectfully submitted this ____ day of June, 2007.

By: _____
Jason M. Silver
Silver Lockwood PLC
4800 North Scottsdale Road, Sixth Floor
Scottsdale, Arizona 85251
Telephone: (480) 429-3360

IT IS SO ORDERED.

DATED: July 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE